**Order filed April 16, 2013.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-12-01126-CR
————————

**NOEL GALVAN CERNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 155th District Court
Austin County, Texas
Trial Court Cause No. 2009R-0088**

---

## ORDER

The reporter's record in this case was originally due **January 18, 2013**, but it was not filed. *See* Tex. R. App. P. 35.1. On January 28, 2013, this court ordered the court reporter to file the record within 30 days. On February 15, 2013, Vicki L. Brown, the court reporter responsible for this record, filed a request for an extension of time to file the record until April 30, 2013. The court granted an extension until March 21, 2013. When the court reporter failed to file the record,

on April 2, 2013, this court ordered the court reporter to file the record within 30 days, and instructed the court reporter that if the record was not filed, the court would order the trial court to conduct a hearing to determine the reason for failure to file the record. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). It is the trial court's responsibility to arrange for substitute reporters, if necessary, so that the appellate record may be completed and filed in a timely manner.

On April 10, 2013, the court reporter filed a second request for an extension of time to file the record. Due to the circumstances presented in the motion, including the size of the record, the court **GRANTS** an extension of time to **Vicki L. Brown** to file the reporter's record in this appeal on or before **May 15, 2013. This is a FINAL extension. NO FUTHER EXTENSIONS OF TIME WILL BE GRANTED.**

PER CURIAM